# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA BARNETT,<br>        Plaintiff, | CIVIL ACTION |
| v. | |
| LOWES HOME CENTERS, LLC,<br>        Defendants. | NO. 18-2064 |

## ORDER

**AND NOW**, this 4th day of March, 2019, upon consideration of Defendant's Motion for Summary Judgment and support thereof (ECF Nos. 30 & 35), and Plaintiff's opposition thereto (ECF Nos. 33 & 39), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Defendant's Motion for Summary Judgment as to the disparate treatment and hostile work environment claims in Count I and Count II of Plaintiff's Amended Complaint is **GRANTED**. The disparate treatment and hostile work environment claims in Count I and Count II of Plaintiff's Amended Complaint are **DISMISSED**;

2. Defendant's Motion for Summary Judgment as to the retaliation claims based on the 2014 Incident in Count I and Count II of Plaintiff's Amended Complaint is **GRANTED**. The retaliation claims based on the 2014 Incident in Count I and Count II of Plaintiff's Amended Complaint are **DISMISSED**;

3. Defendant's Motion for Summary Judgment as to the retaliation claim based on the 2015 Incident in Count I of Plaintiff's Amended Complaint is **DENIED**;

4. Defendant's Motion for Summary Judgment as to the retaliation claim based on the 2015 Incident in Count II of Plaintiff's Amended Complaint is **GRANTED**. The retaliation claim based on the 2015 Incident in Count II of Plaintiff's Amended Complaint is **DISMISSED**;

5. Defendant's Motion for Summary Judgment as to the retaliation claims based on the 2017 Complaint in Count I and Count II of Plaintiff's Amended Complaint are **DENIED**;
6. Defendant's Motion for Summary Judgment as to the claims in Count III (Family and Medical Leave Act) and Count IV (Americans with Disabilities Act) of Plaintiff's Amended Complaint is **GRANTED**. The claims in Count III and Count IV of Plaintiff's Amended Complaint are **DISMISSED**.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**